UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAPTIM INTERNATIONAL TRAVEL INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERFRONT TRAVEL SERVICE, INC., <br><br> Defendant. | Civil Action No. 04-11645 (DPW) |

**NOTICE OF APPERANCE OF JOHN R. BAUER
ON BEHALF OF WATERFRONT TRAVEL SERVICE, INC.**

Pursuant to Local Rule 83.5.2(a), John R. Bauer, of Robinson & Cole, LLP, hereby enters his appearance in this action on behalf of Defendant and Counterclaim-Plaintiff Waterfront Travel Service, Inc.

Respectfully submitted,

**WATERFRONT TRAVEL SERVICE, INC.**

By its attorneys,

/s/ John R. Bauer
John R. Bauer, BBO # 630742
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: September 27, 2004

BOST1-838576-1