UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| RAPTIM INTERNATIONAL TRAVEL INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No.  04-11645 (DPW) |
| WATERFRONT TRAVEL SERVICE, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3(A), Defendant and Counterclaim-Plaintiff Waterfront Travel Service, Inc. states as follows:

Waterfront Travel Service, Inc. does not have a parent corporation and no publicly held company owns 10% or more of the company's stock.

Respectfully submitted,

**WATERFRONT TRAVEL SERVICE, INC.**

By its attorneys,

/s/ John R. Bauer
John R. Bauer, BBO # 630742
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: September 27, 2004

BOST1-838578-1