UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAPTIM INTERNATIONAL TRAVEL INC.,

        Plaintiff,

vs.

WATERFRONT TRAVEL SERVICE, INC.,

        Defendant.

**WAIVER AND ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT**

Civil Case No. 04-11645 DPW

      Defendant Waterfront Travel Service, Inc. ("WTS"), by its attorneys, Robinson & Cole LLP, hereby waives service of the summons and complaint in the above-captioned action, and agrees that plaintiff shall not be required to serve WTS with process in the manner provided by Fed. R. Civ. P. Rule 4.

      WTS further accepts and acknowledges service of the summons and complaint, and agrees that service is effective as of July 30, 2004. This waiver constitutes proof of service under Fed. R. Civ. P. Rule 4.

      WTS will retain all defenses or objections to the lawsuit and to the jurisdiction and venue of the court except for objections based on a defect in the summons or in the service of the summons and complaint.

Dated: July 29, 2004

                                      ROBINSON & COLE LLP

                                      By: _____
                                            Amy Span Wergeles
                                        280 Trumbull Street
                                        Hartford, CT 06103-3597

BFLO Doc. # 1406696.1