UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAPTIM INTERNATIONAL TRAVEL INC.,<br><br>Plaintiff,<br><br>v.<br><br>WATERFRONT TRAVEL SERVICE, INC.,<br><br>Defendant. | Civil No. 04-11645-DPW |

## MOTION FOR ADMISSION OF MICHAEL J. BERCHOU
## PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Howard J. Castleman, a member in good standing of this bar of this court who has appeared for Plaintiff Raptim International Travel Inc. ("Raptim"), moves to admit Michael J. Berchou of the law firm of Phillips and Lytle, Buffalo, New York, *pro hac vice*, to practice before this court for purposes of this case.

Filed herewith is an Affidavit by Attorney Berchou certifying that he is admitted to practice before the United States District Courts in New York, that he is a member of the bar in good standing in each jurisdiction in which he is admitted to practice, that there are no disciplinary proceedings against him as member of the bar in any jurisdiction, and that he is familiar with the Local Rules of this Court.

283129_1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred about this motion with counsel for the Defendant, who has advised me that he does not oppose this motion.

        RAPTIM INTERNATIONAL TRAVEL INC.
        By its attorneys,

        *Howard J. Castleman*

        _____
        Howard J. Castleman
        Murtha Cullina LLP
        99 High Street, 20th Floor
        Boston, MA 02110
        (617) 457-4000
        hcastleman@murthalaw.com

Dated:  October 18, 2004