UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAPTIM INTERNATIONAL TRAVEL INC.,

Plaintiff,

v.

WATERFRONT TRAVEL SERVICE, INC.,

Defendant.

Civil No. 04-11645-DPW

**AFFIDAVIT OF MICHAEL J. BERCHOU IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Michael J. Berchou, hereby depose and state as follows:

1. I am associated with the law firm of Phillips Lytle LLP, having an office at 3400 HSBC Center, Buffalo, NY 14203-2887. I make this Affidavit in support of the Motion for my Admission Pro Hac Vice to represent Raptim International Travel Inc. in the above-captioned case.

2. I certify that I am eligible for admission to this Court, and am in good standing as a member of the Bar of the State of New York, and such other jurisdiction as may be relevant.

3. I have remained a member in good standing of the Bar of the State of New York, and I am admitted to practice before, *inter alia*, the United States District Court for the Western District of New York, the Northern District of Illinois, and the Eastern District of Wisconsin; and the United States Court of Appeals for the Second, Seventh and Federal Circuits.

4.   I am not currently under any order of disbarment, suspension or a party to any disciplinary proceedings in any of the jurisdictions in which I am admitted to practice.

5.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 30th day of September, 2004.

_____
Michael J. Berchou, Esq.
3400 HSBC Center
Buffalo, NY 14203-2887
Phone 716 847 8400
Fax 716 852 6100
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
mberchou@phillipslytle.com

#1423581 v1 - Affidavit - Pro Hac Vice - Massachusetts        2