UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

RAPTIM INTERNATIONAL TRAVEL INC.,

          Plaintiff,

vs.   Civ. Action No. 04-11645 (DPW)

WATERFRONT TRAVEL SERVICE, INC.,

          Defendant.

_____

**JOINT STATEMENT OF THE PARTIES**
**PURSUANT TO LOCAL RULE 16.1(D)**

Plaintiff Raptim International Travel, Inc. ("Raptim International") and defendant Waterfront Travel Service, Inc. ("WTS") respectfully submit this Joint Statement of the Parties pursuant to Local Rule 16.1(D) in preparation for the Court's Initial Scheduling Conference now set for Wednesday, November 3, 2004.

The parties hereby state that they have conferred on the subjects outlined in Fed. R. Civ. P. 16 and 26, and Local Rule 16.1, and propose the following pretrial and discovery plan and schedule in this matter:

    1.    In general terms, the parties agree that a seven month period for fact discovery, and a period of approximately three months for the exchange of expert reports and the taking of expert depositions, followed by a few additional months for pretrial proceedings is appropriate in this matter.

BOST1-841134-1

2. The parties believe that the Federal Rule and Local Rule limitations on the number and duration of depositions, and on the number of interrogatories, document requests and requests for admissions are appropriate in this matter

3. Accordingly, the parties propose the following schedule for the Court's consideration:

    a. Rule 26(a)(1) initial disclosures shall be made on or before November 17, 2004. The production of documents identified in the parties' initial disclosures shall occur by November 30, 2004.

    b. Each party shall serve initial Rule 34 Requests for documents on or before December 17, 2004. Each party shall serve its written response thereto (including any objections), and produce responsive documents within the time required by Rule 34, unless an extended time is stipulated, but in any event no later than January 21, 2005. Additional document requests may be served at any time thereafter, and shall be answered within the time required by Rule 34 unless an extended time is stipulated.

4. On or before February 4, 2005, the parties shall exchange lists of all individuals they intend to depose, and shall confer and attempt to establish a schedule of times and locations for the taking of these depositions that is mutually convenient to both parties.

5. The Court shall hold a status conference with the parties on _____, 2005, to receive reports from the parties on the status of discovery, and the projected schedule for its completion. Subject to any adjustments made by the Court at that time, all fact discovery shall be concluded by May 31, 2005.

6.Plaintiff's expert reports shall be served on or before June 30, 2005.  Defendant's expert reports shall be served thirty (30) days after service of plaintiffs' expert reports.  Rebuttal expert reports, if any, shall be served twenty-one (21) days after service of defendant's expert reports.  Expert depositions and discovery shall be concluded by September 23, 2005.

7.The parties shall file any dispositive motions on or before October 21, 2005.

8.The final pretrial conference shall be scheduled thereafter.

9.The parties have discussed the issue of trial before a United States Magistrate, but have not yet reached agreement with respect to this issue.

10.The certifications signed by counsel and authorized representatives of each party affirming that each party and that party's counsel have conferred as to the subjects identified in Local Rule 16.1(d)(3) are being filed separately.

Respectfully submitted,

| WATERFRONT TRAVEL SERVICE, INC.<br>By its attorneys | RAPTIM INTERNATIONAL TRAVEL INC.<br>By its attorneys |
|---|---|
| /s/ John R. Bauer<br>John R. Bauer, BBO # 630742<br>Robinson & Cole LLP<br>One Boston Place<br>Boston, MA 02108-4404<br>Tel:  (617) 557-5900 | /s/ Howard J. Castleman<br>Howard J. Castleman, Esq., BBO #551259<br>Murtha Cullina LLP<br>99 High Street<br>Boston. MA 02110<br><br>Michael J. Berchou, Esq.<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, New York  14203-2887 |

Dated:  October 25, 2004