UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAPTIM INTERNATIONAL TRAVEL INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-11645 (DPW) |
| WATERFRONT TRAVEL SERVICE, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**LOCAL RULE 16.1 (D) CERTIFICATION OF**
**DEFENDANT WATERFRONT TRAVEL SERVICE, INC.,**

Pursuant to Local Rule 16.1(D) and the Court's Order dated September 27, 2004, Defendant Waterfront Travel Service, Inc., and its attorneys, Robinson & Cole, LLP, hereby certify that they have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOST1-840053-1

        Respectfully submitted,

        **WATERFRONT TRAVEL SERVICE, INC.,**


        /s/ Mario Filardo
        Mario Filardo
        President
        Waterfront Travel Service, Inc.,


        **ROBINSON & COLE, LLP**


        /s/ John R. Bauer
        John R. Bauer (BBO# 630742)
        Robinson & Cole, LLP
        One Boston Place
        Boston, MA 02108
        Tel: (617) 557-5900

Date:  October 25, 2004