UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAPTIM INTERNATIONAL TRAVEL INC.,

Plaintiff,

vs.                                                 Civ. Action No. 04-11645 (DPW)

WATERFRONT TRAVEL SERVICE, INC.,

Defendant.

### PLAINTIFF'S CERTIFICATION

Plaintiff Raptim International Travel, Inc., pursuant to Local Rule 16.1(d)(3), hereby submits and incorporates into the parties' joint statement, the following certification:

Plaintiff and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above-captioned litigation; and to consider the resolution of the instant litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

RAPTIM INTERNATIONAL TRAVEL, INC.

_____         By: _____
Michael J. Berchou, Esq.                Michael Bedient, Controller
Phillips Lytle LLP
3400 HSBC Center
Buffalo, New York 14203-2887
Tel: (716) 847-8400

BFLO Doc. # 1426771.1

- 1 -