UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

RAPTIM INTERNATIONAL TRAVEL INC.,

               Plaintiff,

vs.                                              Civ. Action No. 04-11645 (DPW)

WATERFRONT TRAVEL SERVICE, INC.,

               Defendant.
_____

### **RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to L.R. 7.3(A), Plaintiff Raptim International Travel Inc. states as follows:

Raptim Intercontinental Holdings, BV is the parent of Raptim International Travel Inc.  No publicly held company owns 10% or more of plaintiff's stock.

                                                  Respectfully submitted,
                                                  RAPTIM INTERNATIONAL TRAVEL INC.
                                                  By its attorneys

                                                  */s/ Howard J. Castleman*
                                                  _____
                                                  Howard J. Castleman, Esq., BBO #551259
                                                  Murtha Cullina LLP
                                                  99 High Street
                                                  Boston. MA 02110
                                                  Tel:  (617) 457-4000

                                                  Michael J. Berchou, Esq.
                                                  Phillips Lytle LLP
                                                  3400 HSBC Center
                                                  Buffalo, New York  14203-2887
                                                  Tel:  (716) 847-8400