UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAPTIM INTERNATIONAL TRAVEL, INC.,
    Plaintiff,

v.                                                                  CIVIL ACTION
                                                    NO.04-11645-DPW

WATERFRONT TRAVEL SERVICE, INC.,
    Defendant.

### ORDER OF RE-ASSIGNMENT TO CHIEF MAGISTRATE JUDGE

WOODLOCK, D.J.

    The parties have orally advised this Court that they consent to re-assignment of this case for all purposes. Accordingly, the above captioned case is hereby ORDERED re-assigned to Chief Magistrate Judge Marianne B. Bowler for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c).

    The parties shall complete and execute the "Consent to Proceed Before a Magistrate Judge" form, attached to this Order, and return the executed form to this Court, forthwith.

    To ensure timely processing of future filings, it is further ORDERED that all future filings by the parties shall indicate, in the caption portion of any filing, adjacent to or beneath the case number, that this case has been re-assigned to Chief Magistrate Judge Bower.

                                                           By the Court,

                                                           /s/ Michelle Rynne
DATED: November 8, 2004                                   Deputy Clerk