UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAPTIM INTERNATIONAL TRAVEL INC., | ) ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| v. | ) ) ) | Civil Action No.  04-11645 (DPW) |
| WATERFRONT TRAVEL SERVICE, INC., | ) ) ) ) |  |
| Defendant. | ) ) |  |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a) (ii), Plaintiff Raptim International Travel Inc. and Defendant Waterfront Travel Service, Inc. hereby jointly stipulate that all claims asserted in the Complaint and Counterclaims in the above-referenced matter should be dismissed in their entirety, with prejudice, each side to bear its own costs and attorneys' fees.

WHEREFORE, the Parties stipulate and agree to the dismissal of this action with prejudice.

BOST1-855550-1

Respectfully submitted,

| WATERFRONT TRAVEL SERVICE, INC. | RAPTIM INTERNATIONAL TRAVEL INC. |
| --- | --- |
| By its attorneys | By its attorneys |

/s/ John R. Bauer  
John R. Bauer, BBO # 630742  
Robinson & Cole LLP  
One Boston Place  
Boston, MA 02108-4404

/s/ Howard J. Castleman  
Howard J. Castleman, Esq., BBO #551259  
Murtha Cullina LLP  
99 High Street  
Boston, MA 02110

Michael J. Berchou, Esq.  
Phillips Lytle LLP  
3400 HSBC Center  
Buffalo, New York  14203-2887

Dated: April 20, 2005

2