UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAPTIM INTERNATIONAL TRAVEL,
        Plaintiff,

v.                                                        CIVIL ACTION
                                                          NO.   04-11645-DPW

WATERFRONT TRAVEL SERVICE, INC.,
        Defendant.

FINAL JUDGMENT

April 21, 2005

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal (Docket Entry #16), it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

        /s/Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge